No. 239. RHEINSTROM, EXECUTOR, *v.* CONNOR, COLLECTOR OF INTERNAL REVENUE; and

No. 240. FIRST NATIONAL BANK, TRUSTEE, *v.* CONNOR, COLLECTOR OF INTERNAL REVENUE. November 9, 1942.

No. 276. GONZALES ET AL. *v.* CALIFORNIA. November 9, 1942.

No. 294. WIREN *v.* SHUBERT THEATRE CORP. ET AL. November 9, 1942.

No. 301. THOMSON, TRUSTEE, ET AL. *v.* HICKS ET AL. November 9, 1942.

No. 307. PICKING ET AL. *v.* NEW YORK. November 9, 1942.

No. 310. LACY *v.* UNITED STATES. November 9, 1942.

No. 340. DOEHLER METAL FURNITURE CO., INC. *v.* WARREN, COMPTROLLER GENERAL. November 9, 1942.

No. 361. YELLOW MANUFACTURING ACCEPTANCE CORP. ET AL. *v.* STONE, CHAIRMAN, ET AL. November 9, 1942.

No. 115. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA;

No. 280. GENERAL MOTORS ACCEPTANCE CORP. ET AL. *v.* HULBERT, COUNTY ASSESSOR; and

No. 317. MORRIS PLAN INDUSTRIAL BANK *v.* GRAVES ET AL. November 9, 1942. Petitions for rehearing denied. The CHIEF JUSTICE took no part in the consideration or decision of these applications.